Good morning, Your Honor. My name is Christian De Olivas, and I represent the petition in this matter. I'm going to be reserved in the last five minutes for rebuttal, just in case there's an issue. Here, we're dealing with the person who used to be, or still is, a legal permanent resident. Somehow, he gained admission into the U.S. by using a birth certificate that didn't belong to him. He went to court, and at that point, the immigration judge found that he was not legally… Did he come to the United States under the false certificate, or was that after he was here? After he was here, Your Honor. All right, so he didn't enter that way. That is correct. It's bad enough without making it worse. Yeah. So, the judge said, you were not lawfully admitted into the U.S. or adjusted into status due to the birth certificate not belonging to you. So, he denied the application for cancellation of Google, for which he applied. The case went up to the Board of Appeals, which also upheld the judge's decision, the immigration judge's decision. And after that, we ended up in this court before you, Your Honors. So, what I would like the court to consider is to request that the government prove a little something extra besides being fraud. I think the government just wants to say, you know what? If there is fraud, in this case, a birth certificate, that should be enough. Does the fraud have to be material? That's where I'm going to, Your Honor. Oh, good. Get there. So, the government is saying it doesn't matter whether it's material or not. So, my point is, it should be material and relevant, sufficiently relevant, to getting admission via the agricultural specialized program. That's how we got a green card. So, just because he used someone else's certificate. Did he know he was using someone else's? I mean, what? He just used a certificate that someone handed him? Actually, he requested a certificate from Mexico. And he was having issues getting his own certificate. And got a hold of it. This is another Mexican birth certificate? Correct. So, there's two. He was using Sandoval, which at this point should be an alias. And also, the other one would be Godoy, which is actually a real name. Sandoval, how long did he live under the name of Sandoval? I believe since 1990, Your Honor. So, it was going to be about 20 years, 20 plus or so. I'm not very good at math. So, he paid taxes. All the kids have profited or benefited from paying taxes and all that. They go to school. Did they go under Sandoval too, the kids? Correct. I believe that's my assumption. But I will check the record for that. So, at some point, he doesn't even disclose that to the attorneys until we go to court and tell the judge, Your Honor, that's not my real name. My real name is this and this. That birth certificate is not mine. I got it from somewhere else. So, he has an adjustment of status petition pending through an adult son now? Correct, Your Honor. And I was not retained for that matter. He ended up going with a different attorney. And I spoke to that attorney. And for some reason or another, she didn't file the adjustment of status petition. She was afraid that she was going to be targeted by ICE and would be picked up and kicked out of the country. She was not aware that I believe there's a state rule. Who was afraid? The other attorney, Your Honor. She was afraid that she would be picked up. Mr. Sandoval, not her, Your Honor. Well, I'm not sure. Anyway, you're down to five minutes. You wanted to save it for rebuttal. Yes, Your Honor. So, the bottom line is this. The fraud needs to be material to the actual benefit that he was seeking. And it needs to be sufficiently related to the actual benefit he sought. And in this case, there is no attempt to conceal the fraud, so to speak. And because of that, Your Honor, I think he should be given a lease. We should ask the government to prove that there was a link somehow related from fraud. Are you relying on that recent Supreme Court case, Maslin v. Jack? I think so, Your Honor. I read it last night. It's stuck in my head, so I think it's not, Your Honor. I think you're correct. Thank you. You're welcome. Good morning. My name is David Kim. I represent the United States government. Just prior to that, I'd like to correct one. Hello again. Hi again. I'd like to correct one misrepresentation by opposing counsel. I'm sorry. You're talking really fast. I'd like to correct one misrepresentation by opposing counsel as to the record. The children were not under the name Sandoval. They were under the name Gadoy. This petition has three children, Mario, Jessica, Jose, and they all have the last name Gadoy. And they're all U.S. citizens? Yes. At this point, they are all U.S. citizens. And one is, I don't remember what the medical condition is, but he's got a serious medical condition. He does have a serious medical condition. He has cerebral palsy. And is Mr. Gadoy or Mr. Sandoval or whatever the support of this child? He is a primary caregiver for Jose, but he's also assisted by his children as well as his sister and his mother. And that's corroborated by the transcript. And this has gone to mediation, and the government is still unwilling to allow him to stay here, even though all he did was he would have been entitled, if he'd had his right birth certificate, he would have been fine. But he used a different one because he was having difficulty getting it from Mexico. And despite that, and he has no criminal record, or he does have a criminal record? He does have two DUIs, an 07 and an 09. And, Your Honor, you said that he had difficulty obtaining a birth certificate from Mexico, and yet he clearly said that was a gift from his mother-in-law and that he was aware that this was not his birth certificate. I was just really asking at this point, are you sure you don't want to go to mediation and use some common sense in this case? Well, I think common sense dictates that. That he be deported? That we focus on the sole issue at case level. Well, no, no, I'm not talking about the legal question. I mean, this is a government that has some concern beyond legalities, isn't it? There are concerns, but there are concerns in every case. Yes. There are concerns in – So I'm asking, do you – you don't see any point in going to mediation and allowing this person to stay, despite the fact that if he'd used the right certificate, he would have been okay, and instead he used the wrong one? I think it's critical that – You're still insistent on deporting him? We insist on defending the decisions of the agency in this case. And, again, I think it's critical that he did use a false birth certificate. Everything hangs on that one critical fact. But had he used his own, he still would have gotten – he still would have become an LPR. He did come under the SAW program, and he was – he did obtain permanent residence status through that SAW program on December 1, 1990. But, again, he didn't use legitimate documents to obtain that permanent residence status, so he was never actually lawfully admitted because of that fact, because he committed fraud to obtain his permanent residence status. Well, what it says is in the statute that he obtained his permanent residence status by fraud or had otherwise not been entitled to it. Sure. But he is otherwise entitled to it. Since fraud, fraud is followed by – or had otherwise not been entitled to it. So that means, to me, that fraud is used there, means when he's not otherwise entitled to it, which means to interpret fraud as being material, because if he was entitled to it, then it wouldn't be – he wouldn't be otherwise not entitled to it suggests that fraud means that you're not entitled to it. So I think the case that you're mentioning is Segura. And in Segura, this Court was clarifying that fraud is simply one of the larger category of cases where one is not eligible for the request of relief. So it's not saying that if you set aside fraud and you're otherwise eligible, that everything is okay. All they're saying is that the preceding case of Monet focused on fraud, but the larger principle applies to the case – Was that a case where he was actually entitled to it? No, no. So we're not continuing that. All we're saying is that Segura was taking a more expansive approach than the Court did in Monet. Segura was simply clarifying that anyone who was ineligible for relief at the time of admission, including fraud, their apparent residence status is rendered void at admission. Is there a case where there was someone who was entitled to it but used a piece of paper that was the wrong piece of paper? Well, I mean, that's the case of Monet where he concealed it. Which? Monet. That's in the government's brief. In that case, he concealed the fact that he had a – yes. He concealed the fact that what? That he had a criminal conviction. And so he – So he wasn't entitled to it. That's the – He wasn't entitled to the relief. Yes. What I asked you was, is there a case in which a Petitioner was actually entitled to it? No, there is no such case. All right. So this is different from all the cases the Board relied on. This is in line with the Board's proceedings. Well, that's, you know, that's one interpretation of it. Well, in this case, it was fraud. And in Monet and Segura – Well, it – depending on whether fraud has to be material, in this particular provision, it says that you obtained your status by fraud or had otherwise not been entitled to it, meaning that fraud means that you were not entitled to it. Sure. Exactly. Well, he was entitled to it. Oh, he was entitled to it because of that fraud. Yes. Right. That's – but there's another implication here. Okay. So there's no case like this where the person was actually entitled to it. There is no case where the court has found that someone who committed fraud was still entitled to that request for relief. And that's precisely the case here. And that's a fairly straightforward question. Because he committed fraud, he wasn't eligible to be up for his request for relief. But the fact is that there is no case in which the person was otherwise entitled to it or was entitled to it, as he was here. He was entitled to it, but he used the wrong piece of paper, which you may call fraud and it may be material or it may not be material, or maybe it doesn't matter whether it's material. But there's no case in which the person was entitled to it. Where the person lied about something and got it by fraud, he was not entitled to it under any of those other cases. So I think the court considers the commission of fraud to be – No, no, that's not the question. What I asked you was, if the person had not done what he did in all those other cases, he would not have been entitled to relief. The fraud covered up something that made him seem entitled when he wasn't. Here, he was entitled to it. You may think that doesn't make a difference, but I'm trying to find out whether there is another case in which this has been decided, that even though he was entitled to it, he is ineligible because he used the wrong piece of paper. If he'd used the right piece of paper, he would have been fine. He used the wrong piece of paper and he's not fine. You may think that that follows logically from the use of the word fraud. That's fine. You know, that's the debate that can be had. But I was trying to find out whether there was a case in which the person was entitled to it, but for the fact that he used the wrong piece of paper or committed an act that might be committed fraud. Well, I'm not aware. And if he hadn't committed that act, he would have been entitled to it. Well, I'm not aware of such a case because the court has always found that fraud was enough for an alien to be deemed never to have been lawfully admitted. Well, that's not a good reason not to be aware of it if there is one. Well, again. You know, you can look at the facts in the case, and you'll find that all the cases the government cited are cases in which he was not entitled to it. And it wasn't simply the act of doing something that was necessary to make him eligible, that in all the other cases, unless you have one, the person was not entitled to it when he committed the fraud. Right. He was not entitled to it because he committed the fraud, as you said, Your Honor. No, that's not what I said. And I think you understand what I'm asking. All I'm saying is that the commission of fraud basically is. No, no, no. That's not what you're saying. I'm asking you about whether there exists a case. And it would seem to me from your answers that the answer must be no. Or that he doesn't know of one because he can't separate the two concepts. Oh, he's quite capable. You're a full-fledged lawyer, aren't you? I am a full-fledged lawyer, yes. Representing Jefferson Beauregard. Yes. Sessions III. Yes. Yes, I am, yes. I think you're capable of separating. If I may quickly conclude. No, you may not because you're over your time. But I have a question that you can answer for me. Yes. So the thing that in terms of the equities here, he didn't have to tell you that he used a wrong birth certificate. He didn't have to tell the government that. He just did that voluntarily, right? It came up during the course of the proceedings. How did it come up? I think it's because it's the fact that he mentioned that his children have the last name Godoy. And he has the last name Sandoval. But he volunteered this information. He did admit that he lied to obtain his permanent residence status. He admitted that he lied? Yes, he did. That's on AR113. He said I lied? Yeah, the question was asked, like, did you lie about using a false ID? What is it? AR what? AR what? AR113. And he told the truth at this hearing? He did tell the truth, and he said, yes, I lied to obtain my permanent residence status. But don't you think he should get something for being forthcoming and honest in this proceeding? I mean, that you guys go, aha, now we're going to send you out of the country? No, I mean, I don't think we're going, aha, we're just simply abiding by what the law says. And that includes the law of this court. I don't know. I think this is a novel situation. So how do you distinguish, what's the case, Maslin-Jack? Maslin-Jack, Your Honor? It's the new Supreme Court case. It says that the fraud has to be material. Well, in this case, we're talking about document fraud, and document fraud is penalized under 8 U.S.C. 1227-83, and there's no mention of the word material. I'm not sure if that is the opposite. Have you read Maslin-Jack? I haven't had a chance to read it yet. You haven't? Did we not send out an order telling you to be able to, maybe we didn't. Okay. Well, you should look at it. It's a recent Supreme Court case. There are no further questions. No, no, no. I'm going to the site that you get. Did you understand? You obtained your lawfully permanent residence by lying about your identity. I didn't understand it. Did you obtain your permanent residence status by lying about your identity? Yes. So, legally, that is correct. Okay. All right. We'll submit on the briefs. Thank you. What? We'll submit on the briefs. Okay. Thank you. Thank you. And I think Your Honor is right. I didn't see any cases where actually the petitioner was not, was entitled to cancellation or removal or to the admission, as in this case. I didn't see that. So, in my opinion, this may be a case of first impression for the Court. But, once again, I don't want to leave it at that. What I would like the Court to consider is the case that Your Honor just mentioned, the Supreme Court case. And if we're going to go around saying that any type of fraud is going to be barring of requesting cancellation or removal, just because there is some fraud without being material, I think that's absurd. I think the statute can be read to mean that substantively material, non-material versus fraud and not fraud misrepresentation. So, how did it come up at the hearing that he started testifying about the birth certificate? Was it on direct or across? I think it was on direct, Your Honor. Were you there? No, I was not there, Your Honor. And I apologize for the Godoy. It's a large file, Your Honor. But the attorney who represented him in court, she was my friend, so she told me that. So, I don't know if that's true based on the record. I don't remember seeing whether he said it on cross-examination because that wouldn't make sense. It wouldn't be relevant. I don't know how they're going to go and say, aren't you lying on your birth certificate? They have no knowledge. So, in my opinion, it was on direct, Your Honor. It seems like it was under the judge's name, the judge's questioning. Fernandez? Judge Fernandez? The immigration judge. The immigration judge. Correct, Your Honor. I mean, if he hadn't told the truth at that hearing, he would be fine. Correct. That's the thing that's so bizarre about this. Well, he believes in transparency. Word of the day. And I'll submit on the brief, Your Honor. Thank you. Thank you both very much. The case just argued will be submitted.
judges: Reinhardt, Fernandez, Wardlaw